**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| Viann Gubitosi<br>  aka<br>Viann DiGiulio | : | |
| | : | |
| Debtor | : | Bankruptcy No.  19-16914-mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/5/19, this case is hereby DISMISSED.

December 6, 2019

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:    Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)