```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 19-16914-mdc
Viann Gubitosi                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: ChrissyW                Page 1 of 1                  Date Rcvd: Dec 06, 2019
                               Form ID: pdf900               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db             +Viann Gubitosi,    1935 S. 12th Street,    Philadelphia, PA 19148-2209
14416020       +Aldous and Associates, PLLC,    Attn: Bankruptcy,     Po Box 171374,    Holladay, UT 84117-1374
14416024       +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
14416025       +Lincoln Automotive Fin,    Attn: Bankruptcy,     Po Box 54200,    Omaha, NE 68154-8000
14416027       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,     Coppell, TX 75019-4620
14420338       +Nationstar Mortgage LLC D/B/A Mr. Cooper.,     c/o   Rebecca A Solarz, Esquire,
                 KML Law Group, P.C.,    701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
14416028       +Nissan Motor Acceptance Corp/Infiniti,     Attn: Bankruptcy,     Po Box 660360,
                 Dallas, TX 75266-0360
14416030       +Phelan, Hallinan, Diamond & Jones LLP,     Attn: Foreclosure Dept.,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
14416033       +US Bank National Association,    Trustee for Truman 2016 SC6 Title Trust,
                 c/o Emmanuel J. Argnetieri, Esq.,    52 Newtown Avenue, PO Box 456,     Woodbury, NJ 08096-7456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 07 2019 03:10:20      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2019 03:09:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2019 03:09:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14416021       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2019 03:02:53      Capital One / Saks F,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14416022       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 03:08:54      Comenity Bank/Pier 1,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
14416023       +E-mail/Text: bknotice@ercbpo.com Dec 07 2019 03:09:43      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14416026       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2019 03:09:38      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14416029       +E-mail/Text: bnc@nordstrom.com Dec 07 2019 03:08:47      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
14416031       +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 03:03:38      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14416032       +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 03:03:38      Synchrony Bank/QVC,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Viann  Gubitosi cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :    Chapter   13

Viann Gubitosi
  aka
Viann DiGiulio                                     :

                                                   :

          Debtor                                   :    Bankruptcy No.  19-16914-mdc

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/5/19, this case is hereby DISMISSED.

December 6, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:    Atty Disclosure Statement
                      Chapter 13 Plan
                      Chapter 13 Statement of Your Current Monthly Income and
                      Calculation of Commitment Period Form 122C-1
                      Means Test Calculation Form 122C-2
                      Schedules AB-J
                      Statement of Financial Affairs
                      Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)